| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Fuller Investment Group, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Amodernary Furniture Designs** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-2714093** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **6032 Union Pacific Avenue** <br> **Charlotte, NC 28210** <br> Number, Street, City, State & ZIP Code <br><br> **Mecklenburg** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Fuller Investment Group, LLC**      Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Fuller Investment Group, LLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
■ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Fuller Investment Group, LLC** _____ Case number (*if known*)_____
     Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Fuller Investment Group, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 18, 2025**
MM / DD / YYYY

X **/s/ Carlos A. Fuller**          **Carlos A. Fuller**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Richard S. Wright**          Date **May 18, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**Richard S. Wright 24622**
Printed name

**Moon Wright & Houston, PLLC**
Firm name

**212 N. McDowell Street**
**Suite 200**
**Charlotte, NC 28204**
Number, Street, City, State & ZIP Code

Contact phone **704-944-6560**    Email address **rwright@mwhattorneys.com**

**24622 NC**
Bar number and State

# FULLER INVESTMENT GROUP, LLC
## CORPORATE RESOLUTION

The undersigned, being the sole member and manager of Fuller Investment Group, LLC, a North Carolina limited liability company (the "Company"), does hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the members and/or managers of the Company:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the sole member and manager of the Company, Carlos A. Fuller (hereinafter, the "Manager"), is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, declarations, forms, schedules, applications or any other pleadings or documents that are necessary or appropriate in connection with such Chapter 11 proceeding, including, but not limited to, debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC to render legal services to, and to represent the Company in such Chapter 11 proceeding and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the Manager is authorized to retain on behalf of the Company such other professionals as the Manager of the Company deems necessary or appropriate, upon such terms and conditions as the Manager shall approve, to render services to the Company in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the Manager of the Company is authorized, empowered, and directed to take any and all further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[Signature Page Follows]

Dated: Charlotte, North Carolina
May 16, 2025

FULLER INVESTMENT GROUP, LLC

By: _____ (SEAL)
Carlos A. Fuller
Member-Manager

Fill in this information to identify the case:

Debtor name: **Fuller Investment Group, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Blue Card** PO Box 6031 Carol Stream, IL 60197 | | **Credit Card** | | | | $15,337.83 |
| **American Express Gold** P.O. Box 6031 Carol Stream, IL 60197-6031 | | **Credit Card** | | | | $8,739.85 |
| **Apex Southpark SPE, LLC** c/o William B. Hamel Kirk Palmer & Thigpen, P.A. 1300 Baxter Street, Suite 300 Charlotte, NC 28204 | | **Rent** | **Disputed** | | | $101,374.09 |
| **Ascentium Capital** 23970 US-59 Kingwood, TX 77339 | | | | | | $10,000.00 |
| **Duke Energy** Jennie M. Raine PO Box 1321 DEC45A Charlotte, NC 28201 | | **Utilities** | | | | $1,689.10 |
| **Ecolab, Inc.** PO Box 32027 New York, NY 10087 | | | | | | $214.50 |
| **FirstPoint Collection Resources, Inc.** PO Box 26140 Greensboro, NC 27402-6140 | | | | | | $608.14 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **Fuller Investment Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service**<br>**Bankruptcy Section**<br>**PO Box 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | **2021 Taxes** | | | | $72,840.00 |
| **Internal Revenue Service**<br>**Bankruptcy Section**<br>**PO Box 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | **2022 Taxes** | | | | $29,817.00 |
| **Link**<br>**Icon NC Industrial Owner Pool 5 NC/TN LP**<br>**PO Box 201457**<br>**Dallas, TX**<br>**75320-1457** | | **Rent** | **Disputed** | | | $9,940.14 |
| **Wells Fargo Small Business Advantage Car**<br>**PO Box 29482**<br>**Phoenix, AZ**<br>**85038-8650** | | **Credit Card** | | | | $1,874.65 |
| **Yelp (TrueAccord)**<br>**16011 College Blvd., Suite 130**<br>**Lenexa, KS 66219** | | | | | | $318.93 |

# United States Bankruptcy Court
## Western District of North Carolina

In re **Fuller Investment Group, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carlos A. Fuller<br>6032 Union Pacific Avenue<br>Charlotte, NC 28210 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 18, 2025**

Signature **/s/ Carlos A. Fuller**

**Carlos A. Fuller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Fuller Investment Group, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 18, 2025**

**/s/ Carlos A. Fuller**  
**Carlos A. Fuller**/**President**  
Signer/Title

Ally Bank
PO Box 380902
Minneapolis, MN 55438-0902


American Express Blue Card
PO Box 6031
Carol Stream, IL 60197


American Express Gold
P.O. Box 6031
Carol Stream, IL 60197-6031


Apex Southpark SPE, LLC
c/o William B. Hamel
Kirk Palmer & Thigpen, P.A.
1300 Baxter Street, Suite 300
Charlotte, NC 28204


Ascentium Capital
23970 US-59
Kingwood, TX 77339


Automatic Data Processing Insurance Agen
1 Adp Boulevard
Roseland, NJ 07068


Byron L. Saintsing
Smith Debnam Narron Drake Saintsing
& Myers, LLP
PO Box 176010
Raleigh, NC 27619-6010


Carlos A. Fuller
6032 Union Pacific Avenue
Charlotte, NC 28210


Childress Klein Properties
301 S. College Street, Suite 2800
Charlotte, NC 28202


Duke Energy
Jennie M. Raine
PO Box 1321
DEC45A
Charlotte, NC 28201

```
Ecolab, Inc.
PO Box 32027
New York, NY 10087


Elliott Insurance Agency
1400 Battleground Ave, Suite 118
Greensboro, NC 27408


FirstPoint Collection Resources, Inc.
PO Box 26140
Greensboro, NC 27402-6140


Internal Revenue Service
Bankruptcy Section
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency
4905 Koger Boulevard, Suite 102
M/S 9
Greensboro, NC 27407-2734


Link
Icon NC Industrial Owner Pool 5 NC/TN LP
PO Box 201457
Dallas, TX 75320-1457


North Carolina Department of Revenue
Attention:  Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


SBA Servicing
PO Box 118068
Charleston, SC 29423


Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


SouthState Bank, N.A.
1951 8th Street, NW
Winter Haven, FL 33881
```

```
U.S. Attorney's Office
Attn: Civil Process Clerk
227 West Trade Street, Suite 1650
Charlotte, NC 28202


U.S. SBA Denver Finance Center
Attn:  Officer Managing or General Agent
721 19th Street
Denver, CO 80202


U.S. Small Business Administration
Attn: Officer Managing or General Agent
1835 Assembly Street, Suite 1425
Columbia, SC 29201


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Wells Fargo Small Business Advantage Car
PO Box 29482
Phoenix, AZ 85038-8650


Yelp (TrueAccord)
16011 College Blvd., Suite 130
Lenexa, KS 66219
```

# United States Bankruptcy Court
## Western District of North Carolina

In re **Fuller Investment Group, LLC**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fuller Investment Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 18, 2025 | /s/ Richard S. Wright |
| Date | **Richard S. Wright 24622** |
| | Signature of Attorney or Litigant |
| | Counsel for **Fuller Investment Group, LLC** |
| | **Moon Wright & Houston, PLLC** |
| | **212 N. McDowell Street** |
| | **Suite 200** |
| | **Charlotte, NC 28204** |
| | **704-944-6560 Fax:704-944-0380** |
| | **rwright@mwhattorneys.com** |